The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Aperture Net LLC

## DEFENDANTS
KGPCo Inc.

**(b)** County of Residence of First Listed Plaintiff: Collin (TX)
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Rice (MN)
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Papool Chaudhari, PRA Law
2800 Bartons Bluff Lane #1902, Austin, TX 78746 (214) 702-1150

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question  *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☒ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. 271, et seq.

Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE:
DOCKET NUMBER:

DATE: 4/30/2021

SIGNATURE OF ATTORNEY OF RECORD: /s/ Papool S. Chaudhari

**FOR OFFICE USE ONLY**

RECEIPT #　　　AMOUNT　　　APPLYING IFP　　　JUDGE　　　MAG. JUDGE

## CIVIL COVER SHEET ATTACHMENT

**Related Cases**

| Case | Case Filing Date |
|---|---|
| Aperture Net LLC v. Blackberry Corporation et al<br>3-19-cv-02315 (NDTX) | 9/30/2019 |
| Aperture Net LLC v. ZTE (USA) Inc<br>3-19-cv-02316 (NDTX) | 9/30/2019 |
| Aperture Net LLC v. BLU Products, Inc.<br>1-19-cv-24043 (SDFL) | 9/30/2019 |
| Aperture Net LLC v. LG Electronics, USA, Inc.<br>1-19-cv-01839 (DDE) | 9/30/2019 |
| Aperture Net LLC v. Sony Mobile Communications (USA) Inc. et al<br>1-19-cv-01840 (DDE) | 9/30/2019 |
| Aperture Net LLC v. HTC America Inc<br>2-19-cv-01746 (WDWA) | 10/29/2019 |
| Aperture Net LLC v. Honeywell International Inc.<br>1-19-cv-02054 (DDE) | 10/29/2019 |
| Aperture Net LLC v. Razor USA Ltd.<br>1-19-cv-02056 (DDE) | 10/29/2019 |
| Aperture Net LLC v. US Robotics Corporation<br>1-19-cv-02057 (DDE) | 10/29/2019 |
| Aperture Net LLC v. Motorola Solutions, Inc. f/k/a Motorola, Inc. et al<br>1-19-cv-02055 (DDE) | 10/29/2019 |
| Aperture Net LLC. v. Kyocera International, INC.<br>3-19-cv-02091 (SDCA) | 10/31/2019 |
| Aperture Net, LLC v. Advantech Corporation<br>3-20-cv-02964 (NDCA) | 4/30/2020 |
| Aperture Net LLC v. Netcomm Wireless Inc. et al<br>1-20-cv-00732 (DDE) | 5/29/2020 |
| Aperture Net LLC v. Allied Telesis, Inc.<br>3-20-cv-03611 (NDCA) | 5/29/2020 |
| Aperture Net LLC v. Opengear, Inc. et al<br>5-20-cv-03613 (NDCA) | 5/29/2020 |
| Aperture Net LLC v. Watchguard Technologies, Inc.<br>2-20-cv-00816 (WDWA) | 5/30/2020 |
| Aperture Net LLC. v. Hughes Network Systems, LLC<br>3-20-cv-00996 (SDCA) | 5/29/2020 |
| Aperture Net LLC v. Rockwell Automation, Inc.<br>1-20-cv-05086 (NDIL) | 8/28/2020 |
| Aperture Net LLC v. Topcon Position Systems, Inc.<br>4-20-cv-06117 (NDCA) | 8/31/2020 |

| Case | Date |
|---|---|
| Aperture Net LLC v. Barco, Inc.<br>1-20-cv-01565 (DDE) | 11/20/2020 |
| Aperture Net LLC v. CBC Group, LLC<br>1-20-cv-06905 (NDIL) | 11/20/2020 |
| Aperture Net LLC v. Black Box Corporation<br>6-20-cv-01070 (WDTX) | 11/20/2020 |
| Aperture Net LLC v. FS.com Inc.<br>1-20-cv-01748 (DDE) | 12/22/2020 |
| Aperture Net LLC v. Grandstream Networks, Inc.<br>2-20-cv-00394 (EDTX) | 12/22/2020 |
| Aperture Net LLC v. Wirepath Home Systems, LLC<br>4-20-cv-04328 (SDTX) | 12/22/2020 |