# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## DALLAS DIVISION

| | |
|---|---|
| **APERTURE NET LLC,** | |
| Plaintiff, | Civil Action No.: 3:21-cv-00975-N |
| v. | |
| **KGPCO, INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## AGREED MOTION TO
## TO EXTEND TIME TO ANSWER THE COMPLAINT

COMES NOW Plaintiff Aperture Net LLC, by and through its counsel, and hereby moves the Court to extend the time for Defendant KGPCo, Inc. ("Defendant") to answer or otherwise respond to the complaint in this action to and including September 1, 2021.

Plaintiff's counsel has conferred with Defendant's counsel and Defendant consents to the motion. Accordingly, Plaintiff respectfully requests the Court extend the deadline for Defendant to answer or otherwise respond to the complaint to September 1, 2021.

| | |
|---|---|
| Dated: July 23, 2021 | Respectfully submitted, |
| | */s/Papool S. Chaudhari* |
| | Papool S. Chaudhari |
| | PRA Law |
| | State Bar No. 24076978 |
| | 2800 Bartons Bluff Lane #1902 |
| | Austin, TX 78746 |
| | (214) 702-1150 |
| | papool@pralawllc.com |
| | |
| | Together with: |

>CHONG LAW FIRM PA
>Jimmy Chong (#4839)
>2961 Centerville Road, Suite 350
>Wilmington, DE 19808
>Telephone: (302) 999-9480
>Facsimile: (877) 796-4627
>Email: chong@chonglawfirm.com
>
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Papool Chaudhari certify that on July 23, 2021 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>*/s/ Papool Chaudhari*
>Papool Chaudhari