IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| **APERTURE NET LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **KGPCO, INC.** <br><br> Defendant. | Civil Action No.: 3:21-cv-00975-N <br><br><br> **TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Aperture Net LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant KGPCO, Inc. in the within action With Prejudice with each party bearing their own costs and fees. KGPCo, Inc. has not served an answer or a motion for summary judgment.

Dated: October 28, 2021

Respectfully submitted,

*/s/Papool S. Chaudhari*
Papool S. Chaudhari
PRA Law
State Bar No. 24076978
2800 Bartons Bluff Lane #1902
Austin, TX 78746
(214) 702-1150
papool@pralawllc.com

Together with:

CHONG LAW FIRM PA
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, Papool Chaudhari certify that on October 28, 2021 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Papool Chaudhari*
Papool Chaudhari